**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02853-KAS

NAHOM MULATE HABTE,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center, in his official capacity,
GEORGE VALDEZ, Director of the Denver Field Office for U.S. Immigration and
Customs Enforcement, in his official capacity,
DAVID J. VENTURELLA, Acting Director of U.S. Immigration and Customs
Enforcement, in his official capacity,
MARKWAYNE MULLIN,  Secretary of the U.S. Department of Homeland Security, in his
official capacity, and
TODD BLANCHE, Acting Attorney General of the United States, in his official capacity,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Orders [ECF 9 and11] entered by United States

Magistrate Judge Kathryn A. Starnella on July 7, 2026, and July 17, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28

U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR

54.1. It is further

ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1), Petitioner may, within 30

days of final judgment in the action, submit to the Court an application for fees and other

expenses that shows that Petitioner is the prevailing party and is eligible to receive an

award under that statutory provision.

This case will be closed.

DATED at Denver, Colorado, this 17th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _____
    H. Guerra, Deputy Clerk